# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BATTERY-BIZ, INC., a California corporation, <br><br> Plaintiff, <br> vs. <br><br> KEVIN MOSHAYEDI, an individual doing business as NEEDBATTERY.COM; NEUDIGITAL, INC., a Delaware Corporation; DOES 1 through 10, Inclusive, <br><br> Defendants. | **CASE NO: CV07-582ABC (VBKx)** <br><br> **STIPULATED JUDGMENT** |

    The parties have stipulated, and the Court now finds and enters Judgment as follows:

    1.    The following Battery-Biz copyright registrations are valid and Battery-Biz registered and owns valid copyrights, as follows:

1   a. Battery-Biz's quarterly group registrations for automated database titled Battery-Biz cross reference database, ending with dates 12/31/03, 03/31/04, 06/30/04, 09/30/04, 11/15/04 and 12/31/04 (registration nos. TX-6-079-044, TX-6-079-046, TX-6-079-045, TX-6-079-043, TX-6-195-142, TX-6-072-161).

2. This constitutes final judgment in the matter. Each party shall bear its own fees and costs.

DATED: March __, 2008          LEWITT, HACKMAN, SHAPIRO,
                               MARSHALL & HARLAN

                               By: _____
                                   DAVID GURNICK
                                   Attorneys Plaintiff


                               _____
                               OPHIR MARISH
                               President, Battery-Biz, Inc.


DATED: March __, 2008          FAKHIMI & ASSOCIATES

                               By: _____
                                   HOUMAN FAKHIMI
                                   Attorneys for Defendants


                               _____
                               Kevin Moshayedi
                               Individually and as President, NueDigital, Inc.


SO ORDERED.

                               /s/ Audrey B. Collins

DATED: April 02, 2008
                               _____
                               Hon. Audrey B. Collins
                               United States District Judge

[this document printed on recycled paper]